IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL J. BUSICK,
    Plaintiff,

vs.                                                           CASE NO.: 5:12cv310/MP/CJK

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____

REPORT AND RECOMMENDATION

    This case is before the court upon plaintiff's complaint filed pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision of the Commissioner of Social Security denying plaintiff's claim for benefits. Pending is the defendant's motion to remand pursuant to sentence six of § 405(g) (doc. 10). The plaintiff does not oppose the motion according to the certification of the defendant.

    Pursuant to sentence six of § 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and 1383(c)(3), the court may, "on motion of the Commissioner made for good cause shown before he files his answer, remand the case to the Commissioner for further action by the Commissioner." The Commissioner of Social Security states that voluntary remand of the claim is appropriate because the Certified Administrative Record could not be prepared. The audio recording of the administrative hearing is of poor quality and cannot be accurately transcribed. Upon

remand, the appeals Council will remand the case for another administrative hearing before an Administrative Law Judge. Good cause has been shown for remand.

Accordingly, it is RECOMMENDED as follows:

1. That the defendant's motion to remand (doc. 10) be GRANTED.

2. That this case be remanded to the Commissioner of Social Security pursuant to sentence six of 42 U.S.C. § 405(g).

3. That defendant be ordered to direct the Administrative Law Judge on remand to conduct a new hearing because the audio recoding of the previous administrative hearing is of poor quality and cannot be accurately transcribed.

4. That the clerk be directed to enter judgment for plaintiff and close the file.

DONE AND ORDERED this 18th day of December, 2012.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.** <u>**Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**</u> **A copy of objections shall be served upon the magistrate judge and al other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**