# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

MICHAEL J BUSICK,

    Plaintiff,

v.                                        CASE NO. 5:12-cv-00310-MP-CJK

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 11, Report and Recommendation of the Magistrate Judge, recommending that Doc. 10, Defendant's Motion to Remand under sentence six of § 405(g) be granted. The time for filing objections has passed, and none have been filed. It is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Defendant's motion to remand (Doc. 10) is granted, and this case is remanded to the Commissioner of Social Security pursuant to sentence six of 42 U.S.C. § 405(g) for further proceedings by the Appeals Council.

3. The plaintiff is directed to file a Status Report on or before Friday, April 19, 2013, advising the Court of the status of the administrative proceedings.

**DONE AND ORDERED** this _17th_ day of January, 2013

                                        *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge