UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL J. BUSICK,

    Plaintiff,

v.                                Case No. 5:12cv310/MP/CJK

CAROLYN W. COLVIN, Acting
Commissioner of Social Security
Administration,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On April 20, 2015, the undersigned entered an order (doc. 26) directing plaintiff to file a memorandum in support of his complaint within sixty days. In his order, the undersigned warned plaintiff that failure to file a memorandum that specifically addresses the claimed error(s) would be deemed a failure to prosecute and result in dismissal of the case with prejudice. After more than sixty days passed and plaintiff failed to file a memorandum in support of his complaint, the undersigned entered an order (doc. 27) directing plaintiff to show cause within fourteen days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. More than fourteen days have passed and plaintiff has not responded to the undersigned's order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 20th day of July, 2015.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).