### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

MICHAEL J BUSICK,

    Plaintiff,

v.   CASE NO. 5:12-cv-00310-MP-CJK

MICHAEL J ASTRUE, CAROLYN W COLVIN,

    Defendants.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 18, 2015. (Doc. 28).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court..

**DONE AND ORDERED** this   *26th* day of August, 2015

    *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge